IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY IZZO, | : | Civil No. 3:18-cv-2366 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| COMMONWEALTH OF PA, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _5TH_ day of December, 2019, upon consideration of Petitioner's motion (Doc. 12) for appointment of counsel, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 12) is **DENIED** without prejudice.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge